■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ROMULUS, Also Known as LEE DAVIS, Appellant.— Judgment, Supreme Court, Bronx County (Edward Davidowitz, J.), rendered December 9, 1987, convicting defendant, upon a jury verdict, of two counts of robbery in the second degree and sentencing him as a second violent felony offender to an indeterminate term of imprisonment of from 6 to 12 years on each count to run concurrently, unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things,

the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence *(People v Farrar,* 52 NY2d 302, 305). Concur—Sullivan, J. P., Ross, Carro, Milonas and Rosenberger, JJ.